```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
SMIT PATEL,                                                       :
                                                                  :
                          Petitioner,                             :     25-CV-7357 (JMF)
                                                                  :
           -v-                                                    :     NOTICE OF
                                                                  :     CONFERENCE
JUDITH ALMODOVAR ET AL,                                           :
                                                                  :
                          Respondents.                            :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that counsel for all parties appear for a conference with the Court on **September 5, 2025** at **12:00 p.m.** The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again.

      To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise. *See, e.g., Khalil v. Joyce*, No. 25-CV-01935-JMF, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g., Du v. United States Dep't of Homeland Sec.*, No. 3:25-CV-644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").

      SO ORDERED.

Dated: September 5, 2025  
      New York, New York  
                                                  JESSE M. FURMAN  
                                                United States District Judge