UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SMIT PATEL, :
:
                              Petitioner, :
: 25-CV-7357 (JMF)
      -v- :
: ORDER
:
JUDITH ALMODOVAR ET AL, :
:
                            Respondents. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Clerk of Court is hereby ORDERED to change the "Nature of Suit" designation in this case to "463 Alien Detainee."

      SO ORDERED.

Dated: September 5, 2025
       New York, New York

                                                JESSE M. FURMAN
                                           United States District Judge