UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
:
SMIT PATEL, :
:
:
Petitioner, :
: 25-CV-7357 (JMF)
-v- :
: TRANSFER ORDER
:
JUDITH ALMODOVAR ET AL, :
:
Respondents. :
:
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As discussed on the record at today's conference, and in light of the declaration filed by Respondents (ECF No. 11-1), it is hereby ORDERED, on consent, that this case is transferred to the United States District Court for the District of New Jersey.  It is further ORDERED, without objection from Respondents, that Respondents shall not remove Petitioner from the United States unless and until the transferee court orders otherwise to ensure that that court is not deprived of jurisdiction to address the Petition.  Finally, Petitioner's request to enjoin Respondents from transferring him outside of the District of New Jersey is DENIED.  Petitioner is free to seek such relief from the transferee court.

      **The Clerk of Court is directed to terminate ECF No. 8 and to transfer the action to the United States District Court for the District of New Jersey forthwith — that is, immediately and notwithstanding Local Rule 83.1 — and then to close the case in this Court.**

      SO ORDERED.

Dated: September 5, 2025
      New York, New York
                                                  JESSE M. FURMAN
                                          United States District Judge