**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SMIT PATEL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JUDITH ALMODOVAR, et al.,<br><br>　　　　Respondent. | Civil Action No. 25-15345 (SDW)<br><br><br>ORDER TO ANSWER |

　　This matter comes before the Court upon Petitioner Smit Patel's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition"). (ECF No. 1). This Court has screened the petition for dismissal pursuant to Rule 4 of the Rules Governing Section 2254 Cases, applicable to 28 U.S.C. § 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, and determined that dismissal without an answer and production of the record is not warranted.

　　**IT IS THEREFORE** on this  17th  day of  September  2025,

　　**ORDERED** that Respondents shall file an answer to the Petition within 21 days of this Order; and it is further

　　**ORDERED** that Petitioner may file a reply within 21 days after the answer is filed; and it is finally

　　**ORDERED** that Respondents **shall not** move Petitioner outside of New York, New Jersey, or Pennsylvania during the pendency of this matter.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Susan D. Wigenton,
　　　　　　　　　　　　　　　　　　　　United States District Judge