**MARGOLIS EDELSTEIN**
400 Connell Drive-Suite 5400
Berkeley Heights, NJ  07922-2775
(908) 790-1401
Attorney for Defendants, Gelco Fleet Trust and Shaun Austin Blevins
EJM/JR 49900.5-00020

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY HOLDEN, and KOREN ADAMS, His Wife,<br><br>v.<br><br>AMAZON, AMAZON.COM, AMAZON SERVICES, LLC; GELCO FLEET TRUST; SHAUN AUSTIN BLEVINS,<br><br>Defendants. | <u>Civil Action</u><br><br>Civil Action No.: 3:25-cv-03917<br><br>**CONSENT ORDER TO EXTEND TIME TO PLEAD ON BEHALF OF DEFENDANT GELCO FLEET TRUST AND SHAUN AUSTIN BLEVINS** |

THIS MATTER having come before the Court on the application of MARGOLIS EDELSTEIN, attorneys for defendants, Gelco Fleet Trust and Shaun Austin Blevins (Emery J. Mishky, Esq., appearing) and attorneys for plaintiff, Jeffrey Holden and Koren Adams, (Robert J. Hobbie, II, Esq.); and counsel having given their consent to extend the time to plead, and good cause having been shown;

IT IS on this **3rd** day of **October**, 2025,

ORDERED that the Defendants, Gelco Fleet Trust and Shaun Austin Blevins, shall and are hereby permitted to file and serve a responsive pleading in this matter to the Complaint of the plaintiff within thirty days of the receipt of this Order; and it is further

ORDERED that a copy of this Order shall be served on all counsel of record within seven (7) days of receipt of this Order.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

I hereby consent to the form
and entry of this Order.

| HOBBIE & DECARLO, P.C. | MARGOLIS EDELSTEIN |
|---|---|
| _/s/ Robert J. Hobbie_____ | _/s/ Emery J. Mishky_____ |
| ROBERT J. HOBBIE II, ESQ. | EMERY J. MISHKY, ESQ.. |
| Attorneys for Plaintiff | Attorneys for Defendants, Gelco Fleet Trust and Shaun Austin Blevins |
| DATED: 10.2.25 | DATED: 10.2.25 |